UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRINA WEGENER, on behalf
of CW,

        Plaintiff,              Case no. 09-10562
                                       Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(b)(3), has reviewed Magistrate Judge R. Steven Whalen's December 29, 2009 Report and Recommendation as well as any objections filed by the parties, and upon review;

**IT IS HEREBY ORDERED** that the report and recommendation is **ADOPTED** as the findings and conclusions of this Court.

                                                    s/John Corbett O'Meara
                                                    United States District Judge

Date: January 20, 2010

      I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, January 20, 2010, by electronic and/or ordinary mail.

                                              s/William Barkholz
                                              Case Manager